IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>       Plaintiff,  )<br>v.  )<br>  )<br>WILLIAM H. MIKULIN, individually and  )<br>as Trustee of Mikulin Holdings Trust,  )<br>Yegua Trust, and Redemptive Trust,  )<br>HARRIS COUNTY TAX ASSESSOR -  )<br>COLLECTOR, BARRY W. MIKULIN,  )<br>as Trustee of RLD Investment Trust and  )<br>Yegua Trust,  )<br>       Defendants.  ) | Case No. 4:19-cv-01010 |

**UNITED STATES OF AMERICA'S MOTION
TO HOLD DEFENDANTS WILLIAM H. MIKULIN AND BARRY W. MIKULIN
IN CONTEMPT OF COURT FOR FAILING TO COMPLY
<u>WITH COURT ORDER TO PRODUCE DOCUMENTS</u>**

   On January 27, 2021, the Court Ordered William H. Mikulin and Barry W. Mikulin to produce documents responsive to the United States' document production requests. (See ECF No. 76.) Defendants were provided a copy of this Order on January 28, 2021 by email, overnight delivery, and by U.S. mail. (See ECF No. 78.) Defendant William H. Mikulin also attached a copy of the Order to his filing dated February 10, 2021 (ECF No. 80). The Court's ordered document production deadline has expired and William H. Mikulin and Barry W. Mikulin have failed to comply with the Court's Order, having produced none, much less all, of the responsive documents.

   Pursuant to Fed. R. Civ. P. Rule 37(b)(2), the United States respectfully requests that Defendants be held in contempt, and that they be sanctioned for failing to obey the Court's Discovery Order, by:

   (1)  prohibiting Defendants from opposing the claims made by the United States in its

First Amended Complaint (ECF No. 24);

(2) striking Defendant William H. Mikulin's Restricted Answer to Plaintiff's First Amended Complaint (ECF No. 31);

(3) directing that the facts designated in the United States of America' First Amended Complaint (ECF No. 24), the United States' Motion for Summary Judgment on Counts 1, 2, 3, and 4 of its First Amended Complaint Against William H. Mikulin, Yegua Trust, RLD Investment Trust, and Texas Redemptive Trust (ECF No. 60), and in the United States of America's Motion for Summary Judgment on Counts 5 and 6 of its First Amended Complaint Against William H. Mikulin (Individually and as Trustee of Mikulin Holdings Trust, Yegua Trust, and Redemptive Trust) and Barry W. Mikulin, as Trustee of Yegua Trust and RLD Investment Trust, (ECF No. 65) be embraced by the Court and taken as true for purposes of this action;

(4) entering Summary Judgment consistent with the proposed orders tendered with the United States' summary judgment motions (ECF Nos. 60 and 65) or, alternatively, entering default judgments against the defendants consistent with the terms of those tendered proposed summary judgment orders; and

(5)   granting the United States such additional relief as the Court deems appropriate.

Respectfully submitted,

DAVID A. HUBBERT
Acting Deputy Assistant Attorney General

By: /s/ Thomas M. Herrin
HOLLY M. CHURCH
Attorney, Tax Division
State Bar No. 24040691
ATTORNEY IN CHARGE
THOMAS M. HERRIN
Attorney, Tax Division
State Bar No. 09533500
Department of Justice
717 N. Harwood, Suite 400
Dallas, Texas 75201
(214) 880-2432 (Church)
(214) 880-9745 (Herrin)
(214) 880-9742 (FAX)
Holly.M.Church@USDOJ.gov
Thomas.M.Herrin@USDOJ.gov

**ATTORNEYS FOR THE UNITED STATES**

**CERTIFICATE OF CONFERENCE**

I hereby certify that on February 19, 2021, I attempted to confer with Barry W. Mikulin and William H. Mikulin by email to determine their views regarding the relief requested in this motion. I have not received a response from either. Defendant, Harris County Tax Assessor-Collector, does not oppose the relief requested by this Motion.

/s/ Thomas M. Herrin
THOMAS M. HERRIN

## **CERTIFICATE OF SERVICE**

I hereby certify that service of this motion was made by U.S. mail and by e-mail on February 22, 2021 to the following:

William H. Mikulin
8603 Manhattan
Houston, Texas 77096

Barry W. Mikulin
3531 Durhill
Houston, TX 77025

Service of this motion will be effected by the Clerk's ECF system on the following:

Douglas Steven Bird
Linebarger Goggan Blair
& Sampson, LLP
2700 Via Fortuna
Ste 500
Austin, TX 78746

/s/ Thomas M. Herrin
THOMAS M. HERRIN