IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|     Plaintiff, ) | |
| v. ) | |
| ) | Case No. 4:19-cv-01010 |
| WILLIAM H. MIKULIN, individually and ) | |
| as Trustee of Mikulin Holdings Trust, ) | |
| Yegua Trust, and Redemptive Trust, ) | |
| HARRIS COUNTY TAX ASSESSOR - ) | |
| COLLECTOR, BARRY W. MIKULIN, ) | |
| as Trustee of RLD Investment Trust and ) | |
| Yegua Trust, ) | |
|     Defendants. ) | |

**ORDER GRANTING UNITED STATES OF AMERICA'S MOTION
TO HOLD DEFENDANTS WILLIAM H. MIKULIN AND BARRY W. MIKULIN IN
CONTEMPT OF COURT FOR FAILING TO COMPLY WITH COURT ORDER TO
PRODUCE DOCUMENTS
AND
<u>SANCTIONING DEFENDANTS WILLIAM H. MIKULIN AND BARRY W. MIKULIN</u>**

On January 27, 2021, this Court Ordered William H. Mikulin and Barry W. Mikulin to produce documents responsive to the United States' document production requests. (ECF No. 76.) Defendants were provided a copy of this Order on January 28, 2021 by email, overnight delivery, and by U.S. mail. (ECF No. 78.) Defendant William H. Mikulin also attached a copy of the Order to his filing dated February 10, 2021 (ECF No. 80). The Court's ordered document production deadline has expired and William H. Mikulin and Barry W. Mikulin have failed to comply with the Court's Order.

**IT IS THEREFORE ORDERED THAT** Defendants William H. Mikulin (individually and as Trustee of Mikulin Holdings Trust, Yegua Trust, and Redemptive Trust) and Barry W. Mikulin (as Trustee of RLD Investment Trust and Yegua Trust) **ARE IN CONTEMPT** of this Court's Order to produce documents.

It is **FURTHER ORDERED THAT** pursuant to Fed. R. Civ. P. Rule 37(b)(2), Defendants William H. Mikulin (individually and as Trustee of Mikulin Holdings Trust, Yegua Trust, and Redemptive Trust) and Barry W. Mikulin (as Trustee of RLD Investment Trust and Yegua Trust) are **HEREBY SANCTIONED** as follows for failing to obey the Court's Discovery Order.

(1) Defendants are hereby prohibited from opposing the claims made by the United States in its First Amended Complaint (ECF No. 24).

(2) Defendant William H. Mikulin's Restricted Answer to Plaintiff's First Amended Complaint (ECF No. 31) is stricken.

(3) The facts designated in the United States of America' First Amended Complaint (ECF No. 24), the United States' Motion for Summary Judgment on Counts 1, 2, 3, and 4 of its First Amended Complaint Against William H. Mikulin, Yegua Trust, RLD Investment Trust, and Texas Redemptive Trust (ECF No. 60), and in the United States of America's Motion for Summary Judgment on Counts 5 and 6 of its First Amended Complaint Against William H. Mikulin (Individually and as Trustee of Mikulin Holdings Trust, Yegua Trust, and Redemptive Trust) and Barry W. Mikulin, as Trustee of Yegua Trust and RLD Investment Trust, (ECF No. 65) are deemed true for purposes of this action;

(4) Summary Judgment consistent with the motions and proposed orders tendered therewith (ECF Nos. 60 and 65) will be entered.

Signed this \_\_\_\_\_ day of _____, at Houston, Texas.

_____
Christina A. Bryan
United States Magistrate Judge