**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA., *Plaintiff,* | § § § | |
| V. | § § | CIVIL ACTION NO. 4:19-cv-1010 |
| WILLIAM H. MIKULIN, INDIVIDUALLY AND AS TRUSTEE OF MIKULIN HOLDINGS TRUST, YEGUA TRUST, AND TEXAS REDEMPTIVE TRUST, HARRIS COUNTY TAX ASSESSOR-COLLECTOR, AND BARRY W. MIKULIN, AS TRUSTEE OF RLD INVESTMENT TRUST AND YEGUA TRUST, *Defendants.* | § § § § § § § § § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum, Recommendation, and Order dated June 2, 2021 (ECF 93), the objections (ECF 95) and response to objections (ECF 96), the Court is of the opinion that said Memorandum, Recommendation, and Order should be adopted by this Court.

It is therefore **ORDERED** that the Magistrate Judge's Memorandum, Recommendation, and Order are hereby **ADOPTED** by this Court.

**SIGNED** at Houston, Texas this 24th day of June, 2021.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE