United States District Court
Southern District of Texas
**ENTERED**
March 24, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| *Plaintiff,* | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 4:19cv1010 |
| | § | |
| WILLIAM H. MIKULIN, ET AL., | § | |
| *Defendants.* | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum and Recommendation dated March 6, 2023 (Dkt. 123) and the objections thereto (Dkt. 132), the court is of the opinion that said Memorandum and Recommendation should be adopted by this court.

It is, therefore, **ORDERED** that the Magistrate Judge's Memorandum and Recommendation (Dkt. 123) is hereby **ADOPTED** by this court.

It is further **ORDERED** that the United States of America's Motion for Order to Appoint Receiver (Dkt. 114) is **GRANTED**.

The court will issue a separate Order Appointing Kevin Riles As Receiver of 8603 Manhattan Drive and to Vacate the Property..

**SIGNED** at Houston, Texas this __24th__ day of March, 2023.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE